UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XIAO YU | Hon. Justin T. Quinn<br><br>MJ 25-6044(JTQ)<br>Crim. No. 25-50 (TSM)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Tracey Agnew, Assistant United States Attorney, appearing), in the presence of John Holliday, Esq., counsel for the defendant, Xiao Yu, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail in the above-entitled matter pending his transfer back to New Hampshire to appear before the United States District Court in the District of New Hampshire regarding his pending charge, because the defendant poses a risk of flight; the defendant having objected to detention, but provided no bail package for the Court to consider; and the Court having heard arguments of counsel; and for good cause shown:

IT IS, therefore, on this 18th day of June, 2025,

ORDERED, that the defendant is hereby DETAINED without prejudice pending his transfer back to the District of New Hampshire. The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a date to be determined by the Court; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pre-trial release pursuant to Title 18, United States Code, Section 3142(f) at a date to be determined by the Court; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE JUSTIN T. QUINN
United States Magistrate Judge